IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>Plaintiff,<br><br><br>v.<br><br>TREE-SITTER 1,<br>TREE-SITTER 2,<br>PHILLIP FLAGG,<br>EMMA HOWELL,<br>JORDAN ROMEO,<br>EVIN UGUR,<br>JOHN DOES 1-10,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:19cv565<br>Case removed from Montgomery County<br>Circuit Court Case No. CL19-1428 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendants Phillip Flagg ("Flagg"), Emma Howell ("Howell"), Jordan Romeo ("Romeo"), and Evin Ugur ("Ugur") (collectively "the Defendants"), by counsel, and without waiving any available defenses or rights, hereby remove the case styled Mountain Valley Pipeline, LLC v. Tree-Sitter 1, *et al*, Case No. CL19:1428 ("Lawsuit"), filed in the Circuit Court of Montgomery County, Virginia to the United States District Court for the Western District of Virginia ("District Court"). Removal is based upon 28 U.S.C. § 1332 because the Plaintiff does not share citizenship with any of the named Defendants, and the amount in controversy exceeds $75,000.00. Defendants further state as follows. The grounds for removal are further stated as follows:

## BACKGROUND

1. On August 6, 2019, Plaintiff, Mountain Valley Pipeline, LLC ("MVP") filed a Complaint for monetary damages and injunctive relief based on allegations of Trespass, Tortious Interference, and Conspiracy against the Defendants by filing this lawsuit in the Circuit Court for the County of Montgomery. See Plaintiff's Complaint and Summons ("the Complaint") attached hereto as Exhibit A.
2. The Plaintiff seeks to build a pipeline beginning near Bradshaw, West Virginia. The proposed pipeline will require excavation and leveling of land, trees, and rivers across Virginia and West Virginia so that it may deliver natural gas at a terminus in southwestern Virginia. The Pipeline has encountered numerous difficulties obtaining the proper permits and authorizations from various Virginia, West Virginia, and federal authorities. Most recently, on August 2, 2019 the Virginia Department of Environmental Quality ("Virginia DEQ") ordered the Pipeline to "stop all ongoing land-disturbing activities including clearing, grading and/or trenching activities" in Spread H. See Jerome Brooks, DEQ Water Compliance Manager "Letter to Mountain Valley Pipeline, LL Re: Instruction to Stop Work," (August 2, 2019)( https://www.deq.virginia.gov/Portals/0/DEQ/Water/Pipelines/20190802%20Stop%20Work%20Instruction.pdf last accessed August 14, 2019). "Spread H," the area which the Virginia DEQ has ordered the Plaintiff to cease construction due to insufficient erosion, pollution, and sediment control is the section of the pipeline proposed to cross and currently being laid through Montgomery County, Virginia.
3. The Pipeline commenced the current action by filing the Complaint in the Circuit Court for Montgomery County, Virginia on August 6, 2019. The Pipeline cited ongoing risk of

irreparable harm as the basis for an emergency hearing, and the case was set for a hearing on August 15, 2019.

4. Nothing contained in this Notice of Removal or accompanying paperwork is intended to waive or relinquish any of the Defendants' rights, including the right to seek to compel this action to arbitration, all rights of which are hereby expressly reserved.

## REMOVAL

5. Removal is hereby timely because it is hereby made within 30 days of the filing of the Complaint by MVP. 28 U.S.C. 1446(b).

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1), which confers upon federal courts original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between… citizens of different States in which citizens or subjects of a foreign state are additional parties[.]"

7. 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Both at the time the Lawsuit was filed and at the time of removal, MVP was and is a Delaware limited liability company with its principal place of business in Pittsburgh, Pennsylvania. For purposes of establishing diversity jurisdiction, a limited liability company "shares the citizenship of its members." SunTrust Bank v. Vill. at Fair Oaks Owner, Ltd. Liab. Co., 766 F. Supp. 2d 686, 688 (E.D. Va. 2011). Counsel for

Defendants have conducted extensive due diligence and no members of MVP share citizenship with the known Defendants.[1]

9. The Complaint is alleged against four named Defendants, two unidentified persons named as "Tree-Sitter 1" and "Tree-Sitter 2," and ten unidentified persons named as John Doe 1 through John Doe 10.

10. Both at the time the Lawsuit was filed and at the time of removal, Defendant Phillip Flagg was and is a citizen of Texas.

11. Both at the time the Lawsuit was filed and at the time of removal, Defendant Howell was and is a citizen of Florida.

12. Both at the time the Lawsuit was filed and at the time of removal, Defendant Romeo was and is a citizen of Colorado.

13. Both at the time the Lawsuit was filed and at the time of removal, Defendant Ugur was and is a citizen of Massachusetts.

14. Removal is timely because it is hereby made within 30 days of the filing of the Complaint by the Pipeline. 28 U.S.C. 1446(b).

15. The amount in controversy exceeds $75,000.00 because the Plaintiff seeks damages in the amount of $100,000 in compensatory damages, $100,000 in punitive damages and injunctive relief.

---

[1] The following entities have direct or indirect ownership interest in MVP: MVP Holdco, LLC (Delaware LLC), EQ Midstream Partners LP (Delaware LP); EQT Midstream Services, LLC (Delaware LLC); EQT GP Holdings, LP (Delaware LP); US Marcellus Gas Infrastructure, LLC (Delaware LLC); Next Era Energy, Inc. (Delaware corporation); AltaGas Ltd (Canadian corporation); RGC Midstream, LLC (Virginia LLC); RGC Resources, Inc. (Virginia corporation); Con Edison Gas Pipeline and Storage, LLC (New York LLC); Con Edison Transmission, Inc. (New York corporation); and VED NPI IV, LLC (Delaware LLC).

16. All named Defendants and Tree-Sitters 1 and 2 consent to removal of the case to this Court.
17. The United States District Court for the Western District of Virginia, Roanoke Division, includes the County of Montgomery, where the Complaint was filed and where MVP alleges that the cause of action arose. This Court is therefore the proper venue for this Action pursuant to 28 U.S.C. §1441(a).
18. Pursuant to 28 U.S.C. §1446(d), the Defendants are filing a written notice of this removal with the Circuit Court for Montgomery County, Virginia. See Montgomery County Notice of Filing Notice of Removal, attached hereto as Exhibit B. Pursuant to 28 U.S.C. §1446(d), the Defendants are also serving MVP's counsel with copies of this Notice of Removal and the Notice of Filing Notice of Removal.
19. Pursuant to 28 U.S.C. §1446(a), copies of all process and pleadings are attached hereto.
20. By filing this Notice of Removal, Defendants do not waive any of their denials, objections or affirmative defenses. No other Defendants have made an appearance in this case.

WHEREFORE, pursuant to 28 U.S.C. §§1331, 1441, and 1446, the foregoing reasons, and any others that may appear to this Court, the Defendants respectfully remove this Action from the Circuit Court of Montgomery County, Virginia to the United States District Court for the Western District of Virginia, Roanoke Division.

Respectfully Submitted,
PHILLIP FLAGG
EMMA HOWELL
JORDAN ROMEO
EVIN UGUR

By Counsel

______________________________________
Sandra C. Freeman (VSB#78499)
P.O. Box 300668
Denver, Colorado 80203
sandra.c.freeman@gmail.com
Phone: 720-593-9004

/s/ Tammy L. Belinksy____________________
Tammy L. Belinsky (VSB#43424)
Attorney at Law
9544 Pine Forest Road
Copper Hill, Virginia 24079
tambel@hughes.net
Phone: 540-929-9195

/s/ Terry C. Frank________________________
Terry C. Frank, Esq. (VSB#74890)
Kaufman & Canoles, P.C.
Two James Center
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
tfrank@kaufcan.com
Phone: 804-771-5700
Fax: 888-360-9092

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system (and via Federal Express and Email) to

Wade W. Massie, Esq.
wmassie@pennstuart.com
Seth M. Land, Esq.
sland@pennstuart.com
Penn, Stuart & Eskridge
P.O. 2288
Abingdon, VA 24212
*Counsel for Plaintiff*

/s/ Sandra C. Freeman___________
Sandra C. Freeman (VSB#78499)