# EXHIBIT B

VIRGINIA:

**IN THE CIRCUIT COURT OF THE COUNTY OF MONTGOMERY**

**MOUNTAIN VALLEY PIPELINE, LLC**

**Plaintiff,**

v. **Case No. CL19-1428**

**TREE-SITTER 1., *et al.*,**

**Defendants.**

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Phillip Flagg ("Flagg"), Emma Howell ("Howell"), Jordan Romeo ("Romeo") and Evin Ugur ("Ugur", collectively "Defendants"), by counsel, and without waiving any available defenses or rights simultaneously will electronically file their Notice of Removal of this action to the United States District Court for the Western District of Virginia, Roanoke Division, on August 13, 2019. A copy of the Notice of Removal is attached hereto as **Exhibit A.**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446, this Notice is provided to the Circuit Court of the County of Montgomery, Virginia, to effect removal, and the Circuit Court shall proceed no further unless and until this case is remanded.

Respectfully Submitted,
PHILLIP FLAGG
EMMA HOWELL
JORDAN ROMEO
EVIN UGUR

By Counsel

Tammy L. Belinsky (VSB#43424)
9544 Pine Forest Road
Copper Hill, Virginia 24079
Telephone: (540) 929-4222
Facsimile: (540) 929-9195
Email: tambel@hughes.net

Sandra C. Freeman (VSB#78499)
P.O. Box 300668
Denver, Colorado 80203
Sandra.c.freeman@gmail.com
Telephone: 720-593-9004

Terry C. Frank, Esq. (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
Two James Center
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax: (888) 360-9092

**CERTIFICATE OF SERVICE**

I herby certify that on this 14th day of August, 2019, the foregoing Notice of Filing Notice of Removal was transmitted by electronic mail, and dispatched by FedEx, to the following Counsel for Plaintiff:

Wade W. Massie (VSB No. 16616)
Seth M. Land (VSB No. 75101)
PENN, STUART & ESKRIDGE
P .0. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
wmassie@pennstuart.cqm
sland@,pennstuart.com

Tammy L. Belinsky, Esq.