IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Mountain Valley Pipeline, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:19cv00565 |
| | ) State Court No. CL19-1428 |
| v. | ) |
| | ) **ORDER** |
| Tree-Sitter 1, et al., | ) |
| | ) |
| Defendants. | ) |

This case was recently removed from the Circuit Court for Montgomery County to the United States District Court for the Western District of Virginia at Roanoke. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 210 Franklin Road SW, Suite 540, Roanoke, VA 24011, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Montgomery County.

ENTERED: 8/15/2019.

/s/ Elizabeth K. Dillon
United States District Judge