**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | | |
|---|---|---|
| **MOUNTAIN VALLEY PIPELINE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:19-cv-00565** |
| | ) | |
| **TREE-SITTER 1,** | ) | |
| **TREE-SITTER 2,** | ) | |
| **PHILLIP FLAGG,** | ) | |
| **EMMA HOWELL,** | ) | |
| **JORDAN ROMEO,** | ) | |
| **EVIN UGUR,** | ) | |
| **JOHN DOES 1-10,** | ) | |
| | ) | |
| **Defendants** | ) | |

**DECLARATION OF TERRY C. FRANK**

Pursuant to 28 U.S.C. § 1746, I, Terry C. Frank, declare the following:

1. I have personal knowledge of the facts herein.

2. I am a partner with Kaufman & Canoles, P.C.

3. I, along with my Tammy Belinsky and Sandra Freeman, am counsel of record in this case and am representing these clients, who are of limited financial means, without charge.

4. I was brought in as co-counsel in this case on the evening of Monday, August 12, 2019.

5. I, along with co-counsel, immediately set to work to determine whether the Defendants had been properly served (they had not), the available defenses, and whether the case was removable under 28 U.S.C. §§ 1331 or 1332.

6. I have been counsel of record in over 150 cases in federal courts in North Carolina and Virginia over the last 15 years, a great number of which are removals to federal court on diversity jurisdiction grounds.

7. I am familiar with the pleading requirements for the citizenship of limited liability companies in removal cases.

8. I spent the better part of Tuesday, August 13 wading through the Plaintiff's corporate structure, and reviewed a myriad of websites for state corporations commissions, the various companies' own websites, and SEC filings on EDGAR.

9. Counsel for Defendants exchanged over 75 emails in the span of 36 hours tracking down the corporate citizenship of the dozens of companies and their related subsidiaries.

10. While certain conclusions were ultimately inaccurate, counsel believed at the time of removal that we had tracked the citizenship for each.

11. Had I, at any point in time, come across information that made clear any of the members in the Plaintiff's ownership structure shared citizenship with one of the named Defendants, the case would not been removed on the basis of diversity jurisdiction.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED this 22nd of August.

Terry C. Frank